No. 958.   KETTLEMAN HILLS ROYALTY SYNDICATE No. 1
v. COMMISSIONER OF INTERNAL REVENUE.   May 26, 1941.
Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Robert Holland Eckhoff* for petitioner.   *Solicitor General Biddle, Assistant Attorney General Clark*, and *Messrs. Sewall Key* and *William L. Cary* for respondent.

No. 967.   BRYAN ET AL., EXECUTORS, v. BALL ET AL.
May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Messrs. Daniel Bartlett* and *Arthur F. Freund* for petitioners.

No. 969.   SOUTH ATLANTIC STEAMSHIP Co. v. NATIONAL
LABOR RELATIONS BOARD.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Edward Brennan* for petitioner.   *Solicitor General Biddle,* and *Messrs. Richard H. Demuth, Robert B. Watts, Laurence A. Knapp,* and *Bertram Edises* for respondent.

No. 972.   ROBERTS v. BOARD OF PUBLIC INSTRUCTION.
May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Stuart B. Warren* for petitioner.   *Mr. John D. Kennedy* for respondent.

No. 978.   COMPANIA ESPANOLA DE NAVEGACION MARI-
TIMA, S. A., ET AL. v. ROBERTO HERNANDEZ, INC.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. Burton*

*H. White* and *Roscoe H. Hupper* for petitioners. *Mr. Joseph K. Inness* for respondent.

No. 979. BOWEN *v.* NEW YORK LIFE INSURANCE Co. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. L. London* for petitioner.

No. 982. COHAN *v.* ELDER ET UX. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Burnett Wolfson* for petitioner. *Mr. Allan J. Carter* for respondents.

No. 984. SANITARY DISTRICT OF CHICAGO *v.* GUTHARD ET AL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Ernst Buehler, Edmund D. Adcock, Ralph M. Snyder, Arthur C. Denison,* and *Wallace R. Lane* for petitioner. *Messrs. Lynn A. Williams* and *Warren C. Horton* for respondents.

No. 985. PHILLIPS, TRUSTEE, *v.* ARNOLD. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Gaius G. Gannon* for petitioner. *Mr. John H. Crooker* for respondent.

No. 986. SOMA PETO *v.* HOWELL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Robert Cohler* for